**Mary F. LINVILLE, Widow of Buddy Linville, Petitioner,**

v.

**ISLAND CREEK COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 05–1285.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 23, 2005.

Mary F. Linville, Petitioner pro se. Mary Rich Maloy, Jackson Kelly, PLLC, Charleston, West Virginia; Christian P. Barber, Sarah Marie Hurley, Donald Steven Shire, United States Department of Labor, Washington, D.C., for Respondents.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary F. Linville seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.

Accordingly, we affirm on the reasoning of the Board. *See Linville v. Island Creek Coal Co.,* No. 04–439–BLA (Jan. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*